IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00242-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEREK W. BARRINGER,

    Defendant.

## ORDER TO RESET FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. It is ORDERED that the final trial preparation conference currently set for January 18, 2006 at 8:30 a.m. is RESET to **Friday, January 20, 2006 at 3:30 p.m.**

DATED: January 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge