IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-242-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**DEREK W. BARRINGER,**

        Defendant.

## ORDER OF TRANSFER

Kane, J.

This matter is before the court on defendant's Unopposed Motion for Consolidation of Cases and for the Cases to be Heard by the Honorable Judge Blackburn (doc. #117), filed June 30, 2011. The Motion is **GRANTED** in part. In the interest of judicial economy, and with the consent of Judge Blackburn and the approval of Chief Judge Daniel, this case is **TRANSFERRED** to Judge Robert Blackburn. The issue of consolidation shall be for Judge Blackburn to determine.

Dated:  July 28, 2011

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court